# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAH HAZZARD, DANIEL FAIELLA, KRISTA MITCHELL, ZACKRIE TYNDAL, AND CARLOS RAMIREZ, JR., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendants. | Case No. 2:20-cv-764-SDW-ESK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Leah Hazzard, Daniel Faiella, Krista Mitchell, Zackrie Tyndal, and Carlos Ramirez, Jr., by and through their counsel, hereby dismiss without prejudice all claims in the above-captioned matter against Defendant Avis Budge Group, Inc.  Because this notice of dismissal is being filed before service by Defendant of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the action is effective upon the filing of this notice.

Dated: July 1, 2020

Respectfully submitted,

**SO ORDERED.**
*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: July 2, 2020

By: _____

Michael Palitz
SHAVITZ LAW GROUP, P.A.
800 Third Avenue, Suite 2800
New York, NY 10022

Telephone: (800) 616-4000
Facsimile: (561) 447-8831
Email: mpalitz@shavitzlaw.com

Gregg Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
Email: gshavitz@shavitzlaw.com

Glen D. Savits
Green Savits, LLC
25B Vreeland Road
Florham Park, NJ 07932
Telephone: (973) 695-7777
Facsimile: (973) 695-7788
Email: gsavits@greensavits.com

Rachel Bien
OUTTEN & GOLDEN LLP
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
Email: rmb@outtengolden.com

Laura Iris Mattes
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: imattes@outtengolden.com

*Attorneys for Plaintiffs, the Collective, and the Classes*